# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| THERESA SHORTMAN, individually and as the representative of a class of similarly-situated persons, | **Case No.: 3:20-cv-06141-RJB** |
| Plaintiff, | **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| NEWSMAX MEDIA INC., | |
| Defendant. | |

Pursuant to Fed. R. Civ. Proc 41(a)(1)(A)(i), Plaintiff, THERESA SHORTMAN, through her undersigned attorneys, hereby dismisses this action with prejudice, class allegations without prejudice, each side to bear its own costs.

Respectfully submitted,

THERESA SHORTMAN, individually and as the representative of a class of similarly-situated persons

By: s/ Ryan M. Kelly
Ryan M. Kelly *(admitted pro hac vice)*

**Anderson + Wanca**
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008
Tel. (847) 368-1500

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:20-cv-06141-RJB

ANDERSON + WANCA
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008
Telephone: 847-368-1500
Facsimile:  847-368-1501
rkelly@andersonwanca.com
*Counsel for Plaintiff*

Walter Smith
SMITH & DIETRICH LAW OFFICES, PLLC
3905 Martin Way East, Suite F
Olympia, WA  98506
Telephone:  360-915-6952
walter@smithdietrich.com
*Local Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 30, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                            s/ Ryan M. Kelly
                                            Ryan M. Kelly

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 3:20-cv-06141-RJB

**Anderson + Wanca**
3701 Algonquin Rd., Suite 500
Rolling Meadows, IL  60008
Tel. (847) 368-1500