UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| THERESA SHORTMAN, individually and as the representative of a class of similarly-situated persons,<br><br>                  Plaintiff,<br>  v.<br><br>NEWSMAX MEDIA INC.,<br><br>                  Defendant. | CASE NO. 20-cv-06141<br><br>ORDER ON PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSSAL |

THIS MATTER comes before the Court on Plaintiff's Notice of Voluntary Dismissal (Dkt. 17). Plaintiff, through counsel, moves to dismiss this action, with prejudice, and class allegations, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

**IT IS SO ORDERED**.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 30th day of March, 2021.

*[signature]*

ROBERT J. BRYAN
United States District Judge